UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRED CHISOM,

        Plaintiff,

    v.

CLALLAM BAY CORRECTIONS SUPERINTENDENT,

        Defendant.

Case No. C04-5590FDB

ORDER

       This case has been referred to United States Magistrate Judge J. Kelley Arnold pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. This matter comes before the court on plaintiff's motion for appointment of counsel and plaintiff's motion to consolidate this case with Chisom v. Meyers, C04-5583RJB. (Dkt. # 34 and 37).

       There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of

ORDER
Page - 1

the complexity of the legal issues involved.  <u>Wilborn</u>, 789 F.2d at 1331.

Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.  Moreover, it appears that this case does not involve exceptional circumstances which warrant appointment of counsel. Accordingly, Plaintiff's Motion to Appoint Counsel is **DENIED**.

The motion for consolidation is also **DENIED.**  The only defendant in <u>Chisom v. Meyers</u>, C04-5583RJB, Dr. Meyers, is deceased.  The case deals with medical care given to plaintiff and has no bearing on the issues in this action which deal with denial of showers and yard and loss of property.

The clerk is directed to send a copy of this Order to plaintiff and counsel for defendant.

DATED this 26th day of July 2005.

<u>/S/ J. Kelley Arnold</u>
J. Kelley Arnold
United States Magistrate Judge