1
2
3
4
5
6
7
8
9
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
10
AT TACOMA
11

12   FRED CHISOM,

13                      Plaintiff,

14           v.                                          Case No.  C04-5590FDB

15   CLALLAM BAY CORRECTIONS                             ORDER
     SUPERINTENDENT,
16
                        Defendant.
17

18

19           This case has been referred to United States Magistrate Judge J. Kelley Arnold pursuant to 28

20   U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on plaintiff's motion to

21   transport him to the court house.  (Dkt. # 48).  Plaintiff asks that he be transported for the trial in this

22   action.  No trial date has been set and the motion is premature.  The motion is **DENIED**.

23           The clerk is directed to send a copy of this Order to plaintiff and counsel for defendant.

24

25           DATED this 15th day of December, 2005.

26
                                              /S/ J. Kelley Arnold
27                                            J. Kelley Arnold
                                              United States Magistrate Judge
28

ORDER
Page - 1