1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
9                     AT TACOMA

10   FRED CHISOM,

11           Plaintiff,
                                              Case No. C04-5590FDB
12        v.
                                              ORDER
13   CLALLAM BAY SUPERINTENDENT,

14           Defendant.

15       Plaintiff has attempted to file documents in this prisoner civil rights action, which is closed,

16   the Court having adopted the Report and Recommendation and Judgment having been entered.  The

17   Clerk is directed not to file the documents.  SO ORDERED.

18       DATED this 16th day of February, 2006.

19

20

21       _____
         FRANKLIN D. BURGESS
         UNITED STATES DISTRICT JUDGE
22

23

24

25

26   ORDER - 1