UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRED CHISOM,

    Plaintiff,

    v.

CLALLAM BAY SUPERINTENDENT,

    Defendant.

Case No. C04-5590FDB

ORDER

    Plaintiff moved for appointment of counsel on appeal on March 29, 2006, [Dkt. # 69] having filed notice of appeal on February 16, 2006 [Dkt. # 67]. This court is without jurisdiction to address this motion, which should be brought before the Ninth Circuit Court of Appeals. The Clerk shall strike Plaintiff's motion from this Court's calendar. SO ORDERED.

    DATED this 14th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1